[No. 42060-1-II.   Division Two.   October 18, 2011.]

*In the Matter of the Marriage of* KIMBERLY SUE MILES, *Respondent*, and ANTHONY HAROLD MILES, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 02-3-00421-6, Leila Mills, J., entered July 23, 2010. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Worswick, A.C.J., and Quinn-Brintnall, J.

[No. 27415-2-III.   Division Three.   October 18, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHELLE MONIQUE DELCHAMBRE, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 07-1-00786-9, Carrie L. Runge, J., entered September 10, 2008. *Reversed* and *remanded* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Korsmo, J.

[No. 28802-1-III.   Division Three.   October 18, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY JAMES JERRED, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 09-1-01998-9, David A. Elofson, J., entered January 25, 2010. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Siddoway, J.

[No. 28890-1-III.   Division Three.   October 18, 2011.]

*In the Matter of the Marriage of* JUDITH WENDELL CORAM, *Appellant*, and ROBERT HUGH MAIR, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 08-3-00452-8, Linda G. Tompkins, J., entered February 26, 2010. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, C.J., and Siddoway, J.